| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | W-06-CR-062(01) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 4:18-00235-01-CR-W-SRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dana John Alexander | Western District of Texas | Waco |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable, Walter S. Smith Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/23/2018 · TO 05/22/2021 |

**OFFENSE**

21 U.S.C. § 841(a)(1) & § 841(b)(1)(C) Possession With Intent to Distribute Cocaine, a Scheduled II Narcotic Drug Controlled Substance

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Western    DISTRICT OF    Texas/Waco Division

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Western District of Missouri / Kansas City Division   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 28, 2018
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Western    DISTRICT OF    Missouri/Kansas City

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/30/18
_____
Effective Date

_____
United States District Judge